210

PER CURIAM.

WADE A. CALVERT AND CONSTANCE S. CALVERT, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed December 12, 1974.*

JAMES J. GENDE, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-555—

PARK CHRYSLER PLYMOUTH, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed December 31, 1974.*

PARK CHRYSLER PLYMOUTH, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.